# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Dustin Birn, | Case No. CV 18-09734-AB (SKx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| United Airlines, Inc. et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 10, 2018  _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE